**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1724**

_____

ANITA WASHINGTON,

          Plaintiff – Appellant,

   and

M.W.,

          Plaintiff,

   v.

MICHAEL COWARD; ELIZEBETH HEATH; LYNN NETHKIN; CHRISTOPHER ROGERSON,

          Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Robert Boyd Jones, Jr., Magistrate Judge.  (4:24-cv-00004-M-RJ)

_____

Submitted:  July 25, 2024                    Decided:  July 29, 2024

_____

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Anita Washington, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anita Washington seeks to appeal the magistrate judge's order denying her motion to amend her complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Washington seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*